**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KARLA J. MACORMAC, )<br>　　　　Petitioner, )<br>　v. )<br>WARREN COUNTY JAIL, )<br>　　　　Respondent. ) | Civil Action No. 05-158 Erie |

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on May 20, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 3, 2005, recommended that the Petitioner's Motion [Doc. 1] to Proceed *In Forma Pauperis* be denied and the case dismissed without prejudice. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at the Warren County Jail, where she is incarcerated, and on Respondent. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

　　　　AND NOW, this 29th day of July, 2005;

　　　　IT IS HEREBY ORDERED that the Petitioner's Motion [Doc. 1] to Proceed *In Forma Pauperis* is DENIED and the case is DISMISSED WITHOUT PREJUDICE.

　　　　The Report and Recommendation of Magistrate Judge Baxter, filed on June 3, 2005, is adopted as the opinion of the Court.

　　　　　　　　　　　　　　　　　　s/　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　United States District Judge

cm:　All parties of record
　　　Susan Paradise Baxter, U.S. Magistrate Judge