**PETITION**                                    CA 05-158E

1. Name and location of court which entered the judgment under attack: Warren Co. Courts. - against Warren Co. Jail 407 Market St. Warren Pa 16365 -
2. Criminal Docket Number: _____
3. Date of imposition of sentence: _____
4. Length of sentence: 1 year
5. Nature of offense or offenses for which you were convicted: Parole violation
6. What was your plea? (Check one)   Not Guilty (X)   Guilty (X)
   Nolo Contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: Guilty to some, but not guilty to the incident that occurred that brought me here. I was beat up and charged for my own assault. (crooked)
7. If you were found guilty after a plea of not guilty, check whether finding was made by: Jury ( )  Judge only ($) not determined yet after 10 mo.
8. Did you testify at the trial?  Yes ( )  No (X)
9. Did you appeal from the judgment of conviction? Yes ( )  No (X)
10. If you did appeal, answer the following:
    (a) First Appeal
        (1) Name of Court: N-A
        (2) Docket Number: N-A
        (3) Result: N-A
        (4) Citation (If known): N-A
    (b) Second Appeal
        (1) Name of Court: N-A
        (2) Docket Number: N-A
        (3) Result: N-A
        (4) Citation (If known): N-A
    (c) If you filed a petition for certiorari in the United States Supreme Court, give details: N-A

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, appli-

- 4 -

RECEIVED
MAY 20 2005
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

cations, or motions with respect to this judgment in any court, state or federal, including petitions under the Post Conviction Hearing Act? Yes ( )   No (X)

12. If your answer is "Yes" to 11, give the following information:
    (1) Name of court: N-A
    (2) Nature of proceeding: N-A
    (3) Grounds raised: N-A

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes (X)   No ()
    (5) Result: Preliminary-bound over higher court  Date: _____
    (b) As to any second petition, application or motion give the same information:
    (1) Name of Court: N-A
    (2) Nature of Proceeding: N-A
    (3) Grounds raised: N-A

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No (X)
    (5) Result: _____  Date: _____
    (c) As to any third petition, application or motion give the same information:
    (1) Name of Court: N-A
    (2) Nature of Proceeding: N-A
    (3) Grounds raised: N-A

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No (X)
    (5) Result: _____  Date: _____
    (d) Did you appeal to the highest state court having jurisdiction the result of any action on any petition, application or motion:

- 5 -

 (1) First petition, etc.: Yes ( ) No (X)
 (2) Second petition, etc.: Yes ( ) No (X)
 (3) Third petition, etc.: Yes ( ) No (X)

(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not? We wanted to plea to drop the felony, and get me time served in the year for the other charges, but still haven't heard what there given me after they dropped the felony!

13. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. State <u>specifically</u> the <u>facts</u> supporting each ground. <u>You should raise in this petition all available grounds</u> (relating to this conviction) on which you are being held in custody unlawfully, <u>and you should state all the facts sufficient to support each ground</u>. DO SO NOW; because of recent changes in the law you may not be given an opportunity to amend your petition later (See instructions, number 7.).

Grounds: There was another individual out on a Gagnon I also on parole who violated & caused all this & lied, only did a 48 + walked. This case was clearly not handled properly. And I was given a very crooked deal while someone else was let go.

14. If any of the grounds listed were not previously presented in any other court, state or federal, state <u>briefly</u> what grounds were not so presented, and give your reasons for not presenting them: They said they were only worried about me. But on top of being in trouble + out on a Gagnon I. She had at least 4 more charges coming from this incident. She stood there & watched me be beat up, was drunk + doing drugs nothing was done, cause her parents have money.

15. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ( )   No (X)

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
 (a) At preliminary hearing: Pro bono - out of Public Defenders office Warren Co. Courtnie Warren Pa
 (b) At arraignment and plea: " same as "
 (c) At trial: " same as "
 (d) At sentencing: " same as "

- 6 -

   (e)  On appeal: "same as"

   (f)  In any post-conviction proceeding: "same as"

   (g)  On appeal from any adverse ruling in a post-conviction proceeding: "same as"

17. Were you sentenced on more than one count of any indictment, or more than one indictment, in the same court and at the same time: Yes ( ) No (X)

18. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ( ) No ( ) — Not sure yet.

   (a)  If so, give name and location of court which imposed sentence to be served in the future: Will be in Warren County Courts.

   (b)  And give date and length of sentence to be served in the future: Not sure yet - N/A

   (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ( ) No (X) I can't I agreed to plea for no retry.

Wherefore, petition prays that the court grant petitioner relief to which he may be entitled in this proceeding.

Executed at: Warren Warren Pennsylvania
                (City, County, State)

I, Kevin McCormick declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5-11-05
              (Date)

                                    (Signature of Petitioner)

(NOTE: No Notary Certification Required)